

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2017

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva
Clementina Ramirez, an incapacitated person, Individually,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Marialyn Barnard, Justice

The panel has considered the Motion for Rehearing filed by Appellant ConocoPhillips Company, and the motion is DENIED.

It is so ORDERED on September 15, 2017.

PER CURIAM

ATTESTED TO: _____
           KEITH E. HOTTLE,
           Clerk of Court